*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KIRKBY, PICTON, and BURGTORF
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Dominic R. VERMURLEN**
Hospital Corpsman Second Class Petty Officer (E-5), U.S. Navy
*Appellant*

**No. 202400380**

_____

Decided: 7 February 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Philip J. Hamon (pretrial)
Matt M. Harris (arraignment)
Aran T. Walsh (motions and trial)

Sentence adjudged 24 June 2024 by a general court-martial tried at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twelve years, and a dishonorable discharge.[1]

For Appellant:
*Commander Candice C. Albright, JAGC, USN*

---

[1] Appellant was credited with having served 114 days of pretrial confinement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.